THE STATE OF FLORIDA, ex rel., WILLIAM B. LOBRY, WIL-
LIAM J. HARE, JR., JOHN E. MURDOCK, ALFRED T. ALLIN
and LEONARD J. SCHMELZ, co-partners doing business
under the firm name and style of Hare & Co., *Relators*,
vs. JOHN R. BEACHAM, GEORGE O. BUTLER, E. B. DON-
NELL, J. L. EARMAN and VINCENT OAKSMITH, as and
constituting the City Commission of the City of West
Palm Beach in Palm Beach County, Florida, FRED W.
MILLER, as Tax Assessor of said City and E. C. RUMSEY,
as Tax Collector of said City, *Respondents*.

137 So. 524.

En Banc.

Order entered October 21, 1931.

*Loftin, Stokes & Calkins*, for Relators;
*J. Mark Wilcox* and *C. D. Blackwell*, for Respondents.

PER CURIAM.—This cause coming on to be heard upon
demurrers of the Respondents to the Alternative Writ of
Mandamus, and the Court having considered such de-
murrers upon briefs and argument of counsel for the re-
spective parties, it is considered, ordered and adjudged by
the Court that the said demurrers be and the same are
hereby sustained with leave to the Relators to amend the
Alternative Writ with respect to the duties sought to be
enforced against the City Commission and the City Tax
Assessor of the City of West Palm Beach as prescribed by
the statutes of the State and by the City ordinances of the
City of West Palm Beach and without reference to and in
disregard of the provisions of Chapter 15855, Laws of Flor-
ida, Acts of 1931, amending the Charter of the City of
West Palm Beach.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN
AND DAVIS, J.J., concur.